UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Laura Megroz et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>Lolo Imports, LLC et al,<br><br>    Defendants. | Civil Action No. 2:25–cv–631 |

## **ORDER**

    On or before September 12, 2025, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file their Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

    Dated at Burlington, in the District of Vermont, this 3rd day of September 2025.

                                                                                                         */s/ Kevin J. Doyle*
                                                                                                    Kevin J. Doyle
                                                                                                    United States Magistrate Judge